IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

GARY JOHNSON,                                    CV-09-6097-MA

      Plaintiff,                           SUPPLEMENTAL JUDGMENT

  v.

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

      Defendant.

    Based on the Motion (#28) and stipulation of the parties, and the Order filed herewith, attorney fees in the amount of $6,299.70 are awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  Plaintiff has certified that he has no outstanding debt that qualifies as an offset against this award.  The Commissioner shall mail the check to Attorney D. James Tree's address: 3711 Englewood Avenue, Yakima, WA 98902.

    IT IS SO ORDERED.

    Dated this  18  day of January, 2011.

                                            /s/  Malcolm F. Marsh
                                            Malcolm F. Marsh
                                            United States District Judge

1 - SUPPLEMENTAL JUDGMENT